UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>USA</u>

        v.                          1:07-mc-06-PB

<u>Calvin F. Dunn</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated 4/16/07.

SO ORDERED.

5/02/07                                              _/s/ Paul Barbadoro____ __
                                                  Paul Barbadoro
                                                  United States District Judge

cc:     Calvin F. Dunn. <u>pro</u> <u>se</u>
        T. David Plourde, Esq.